# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD T. FURNACE,<br><br>    Plaintiff,<br><br>    v.<br><br>M. JUNIOUS, et al.,<br><br>    Defendants. | CASE NO. 1:14-cv-01671-LJO-MJS (PC)<br><br>**ORDER VACATING ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY CALIFORNIA DEPARTMENT OF CORRECTIONS**<br><br>**(ECF No. 4)** |

Plaintiff is a state prisoner proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983.

On October 28, 2014, the Court granted Plaintiff's application to proceed in forma pauperis, and ordered the Director of the California Department of Corrections or his designee to collect payments for filing fees for this action from plaintiff's prison trust account in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected. (ECF No. 4.) On July 15, 2015, Plaintiff paid the remaining balance of the applicable filing fee in full.

In light of the filing fee having been satisfied, it is HEREBY ORDERED that:

1. The order directing payment of the inmate filing fee by the California Department of Corrections and Rehabilitation (ECF No. 4) is HEREBY VACATED;

2. The Director of the California Department of Corrections is directed to

cease collecting payments from Plaintiff's prison trust account in relation to this action;

3. The Clerk of the Court is directed to serve a copy of this order on the Director of the California Department of Corrections, via the court's electronic case filing system (CM/ECF); and

4. The Clerk of Court is directed to serve a copy of this order on the Financial Department, 12 U.S. District Court, Eastern District of California, Fresno Division.

IT IS SO ORDERED.

Dated: July 16, 2015           /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE